AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_Western_ District of _New York_

| | |
|---|---|
| Joseph Irrera<br>Plaintiff (s),<br>V.<br>University of Rochester, Douglas Humphreys<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 15-cv-06381-DGL |

Notice is hereby given that, subject to approval by the court, **Joseph Irrera** substitutes
(Party (s) Name)

**Stephen G. Grygiel** , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of **Stewart L. Karlin**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: McAllister Olivarius
Address: 63 Putnam Street, P.O. Box 173, Saratoga Springs, NY 12866
Telephone: (410) 385-2225      Facsimile (410) 385-2432
E-Mail (Optional): sgrygiel@mdattorney.com

I consent to the above substitution.
Date: 2/27/2018

Digitally signed by Joseph Irrera
_____
(Signature of Party (s))

I consent to being substituted.
Date: 2/27/2018

Digitally signed by Stewart L. Karlin
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/27/2018

Digitally signed by Stephen G. Grygiel
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/1/18

_[signature]_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

FILED MAR 02 2018 MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY