AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Western__ District of __New York__

Joseph Irrera
    Plaintiff(s),
V.
University of Rochester and Douglas Humphrey
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 15-cv-06381-DGL

Notice is hereby given that, subject to approval by the court, __Joseph Irrera__ (Party(s) Name) substitutes __Ann Olivarius__ (Name of New Attorney), State Bar No. __4608972__ as counsel of record in place of __Stewart L. Karlin__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: McAllister Olivarius
- Address: 63 Putnam, P.O. Box 173
- Telephone: (518) 633-4775    Facsimile: (781) 658-2480
- E-Mail (Optional): aolivarius@mcolaw.com

I consent to the above substitution.
Date: 2/28/2018

Digitally signed by Joseph Irrera
(Signature of Party(s))

I consent to being substituted.
Date: 2/28/2018

Digitally signed by Stewart Karlin
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 2/28/2018

Digitally signed by Ann Oliviarius
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 3/6/18

_[signature]_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]