IN THE DISTRICT COURT
FOR WESTERN DISTRICT OF NEW YORK

DR. JOSEPH IRRERA,  *

    Plaintiff,  *

v.  *  Case No. 15-CV-6381-DGL-JWF

UNIFIED ~~UNIVERSITY OF ROCHESTER and,
DR. DOUGLAS HUMPHERYS, individually,  *

    Defendant.  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff in this action, Dr. Joseph Irrera, by and through his undersigned counsel, hereby stipulates to the dismissal of this action with prejudice as to all Defendants with each side to bear its own costs and each party to bear its own attorneys' fees.

Dated: September 13, 2018

_____  
Marion Blankopf  
NIXON PEABODY, LLP  
1300 Clinton Square  
Rochester, New York 14604  
Tel: 585-263-1581

*Counsel for Defendants*

_____  
Stephen G. Grygiel, Esq.  
MCALISTER OLIVARIUS  
63 Putnam Street, P.O. Box 173  
Saratoga Springs, NY 12866  
Tel.: 518-633-4775

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of September, 2018, a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice, was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

_/s/ Stephen G. Grygiel_
Stephen G. Grygiel